UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SIMON CRANE SERVICE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| MANITEX, INC., ) | |
| ) | |
| Defendant/Third Party Plaintiff/ ) | Case No. 4:03CV01781 AGF |
| Counterclaim Defendant, ) | |
| ) | |
| vs. ) | |
| ) | |
| MERTZ, INC., ) | |
| ) | |
| Third Party Defendant/ ) | |
| Counterclaim Plaintiff. ) | |

## **ORDER**

The Court having been advised by counsel that this action has been settled,

**IT IS HEREBY ORDERED** that counsel shall file, within thirty (30) days of the date of this order, a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment. Failure to timely comply with this order shall result in the dismissal of this action with prejudice.

The case shall remain on the trial calendar for **May 8, 2006**, pending the dismissal of the case pursuant to the parties' settlement.

Dated this 13th day of February, 2006.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE